**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>HARRINGTON, BRANDON J.,<br><br>               Debtors.<br>_____ | ) Case No. 2-09-BK-24931-RJH<br>)<br>) Chapter 7<br>)<br>) **APPLICATION FOR ORDER FOR**<br>) **PAYMENT OF UNCLAIMED**<br>) **FUNDS TO U.S. BANKRUPTCY**<br>) **COURT**<br>)<br>) |

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for insufficient address and no other address for this debtor is on file with the court.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3001 | 09/07/10 | Brandon J. Harrington<br>2529 W. Cactus Rd #3061<br>Phoenix, AZ 85029-2589 | $2,433.24 |

Dated this 19th day of January, 2010.

                                         /s/ David M. Reaves
                                         David M. Reaves, Chapter 7 Trustee